

**IT IS ORDERED as set forth below:**

**Date: November 28, 2017**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

TLA TANNING CORP,

Debtor.

CASE NO. 16-64819-BEM

CHAPTER 11

**ORDER AND NOTICE EXTENDING THE TIME WITHIN WHICH
PROOFS OF CLAIM MUST BE FILED**

The Court previously entered an Order setting the date to file proofs of claim as April 3, 2017. [Doc. 35]. Upon application by the Debtor herein to reschedule the bar date [Doc. 72], and pursuant to Bankruptcy Rule 3003(c)(3), and it appearing that the Debtor has filed a list of creditors and equity security holders pursuant to Bankruptcy Rule 1007, it is hereby

ORDERED AND NOTICE IS HEREBY GIVEN that the Court fixes **January 16, 2018** (the "Bar Date"), as the last day on which any entity, including without limitation, individuals, partnerships, corporations, estates, trustees and

governmental units, may file a timely proof of claim or interest in this case. The term "claim," defined in 11 U.S.C. §101(5), includes those secured by an interest in Debtor's property or property of the estate and may include claims arising from the rejection of an executory contract or unexpired lease.

PLEASE TAKE FURTHER NOTICE that any such proof of claim or interest shall be filed with:

> Clerk, U.S. Bankruptcy Court
> 1340 U.S. Courthouse
> 75 Ted Turner Drive, S.W.
> Atlanta, Georgia 30303-3367

A proof of claim will be deemed timely filed only if it is actually received by the Clerk's Office, whether in paper or electronic form, on or before the Bar Date. Proofs of claim filed electronically may be filed up to 11:59:59 p.m. All other proofs of claim must be filed by delivery to the Clerk's Office at or before 4:00 p.m. Any creditor or party-in-interest with questions concerning the Debtor's bankruptcy schedules and the classification of claims therein should contact their attorney.

PLEASE TAKE FURTHER NOTICE THAT ALL ENTITIES FAILING TO FILE A PROOF OF CLAIM OR INTEREST ON OR BEFORE THE BAR DATE MAY BE FOREVER BARRED FROM (A) ASSERTING A CLAIM AGAINST, OR INTEREST IN, THE DEBTOR, THE DEBTOR'S PROPERTY OR THE BANKRUPTCY ESTATE AND (B) VOTING UPON, OR RECEIVING

DISTRIBUTIONS UNDER, ANY CONFIRMED PLAN OF REORGANIZATION, except that the following entities need not file a proof of claim or interest:

(1) Any entity that has already properly filed a proof of claim or interest with the Clerk of this Court; and

(2) Any entity with a claim or interest listed in Debtor's Schedules in an amount and in a classification satisfactory to that entity and not designated in the Schedules as disputed, contingent or unliquidated.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1111(a) of the Bankruptcy Code, 11 U.S.C. §1111(a), a proof of claim or interest is deemed filed for any claim that appears in the Debtor's Schedules, except any claim or interest that is scheduled as disputed, contingent or unliquidated as to amount. Debtor's Schedules may be examined during normal business hours at the office of the Clerk, U.S. Bankruptcy Court, whose address appears above. Debtor's Schedules may be found at http://pacer.psc.uscourts.gov/. An entity planning to rely on the Schedules is responsible for reviewing them to determine whether the claim or interest (1) is listed as disputed, contingent, unliquidated or (2) is listed in the correct amount or (3) is otherwise properly scheduled, that entity must file a proof of claim or interest on or before the Bar Date in order to be certain that it receives the treatment it asserts is correct.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that Debtor's counsel shall, within three (3) business days of the date hereof, serve a copy of this Order and Notice, and official Form B-410, Proof of Claim on all Creditors and

parties in interest identified on the Debtor's matrices and shall file a certificate of service with the Court evidencing such service.

**END OF ORDER**

## **Distribution List**

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303