**IT IS ORDERED as set forth below:**

**Date: February 7, 2018**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>TLA TANNING CORP,<br><br>Debtor. | CASE NO. 16-64819-BEM<br><br><br>CHAPTER 11 |

**ORDER & NOTICE OF STATUS CONFERENCE**

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a status conference in the above-styled case will be held on **March 14, 2018, at 11:00 AM, in COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE, S.W., ATLANTA, GEORGIA.

The Clerk is directed to serve a copy of this Order & Notice of Status Conference upon all Parties and Creditors.

**END OF ORDER**