

**IT IS ORDERED as set forth below:**

**Date: March 15, 2018**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

TLA TANNING CORP,

Debtor.

CASE NO. 16-64819-BEM

CHAPTER 11

**ORDER SETTING DEADLINE FOR DEBTOR TO FILE AMENDED PLAN AND AMENDED DISCLOSURE STATEMENT**

The Court held a status conference in this case at 11:00 AM on March 14, 2018. Howard Slomka appeared on behalf of Debtor. Thomas E. Austin Jr. appeared on behalf of Access to Capital for Entrepreneurs Inc. David Weidenbaum appeared on behalf of the United States Trustee. For the reasons stated on the record at the status conference, it is hereby

**ORDERED** that Debtor shall file an amended Chapter 11 plan and an amended disclosure statement by Monday, April 16, 2018. It is further

**ORDERED** that if Debtor does not timely comply with the above, this case may be dismissed without further notice, without prejudice to Debtor seeking an extension for good cause shown.

The Clerk is directed to serve a copy of this Order upon all Parties and Creditors.

**END OF ORDER**