B25C (Official Form 25C) (12/08)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **TLA Tanning Corp**  
Debtor(s)

Case No. **16-64819**  
Chapter **11**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _Feb_  
Line of Business: _Tanning Salon_  

Date Filed: _____  
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Todd B. Amerman  
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

TLA Tanning Corp  
PRINTED NAME OF RESPONSIBLE PARTY

**QUESTIONNAIRE:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ✓ | |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ✓ | |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ✓ | |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ✓ | |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ✓ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ✓ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ✓ |
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | | ✓ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |

### TAXES

| Question | YES | NO |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | | ✓ |

**B25C (Official Form 25C) (12/08) - Cont.**                                                                2

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 15954

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 1415

Cash on Hand at End of Month   $ 759

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 2174

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 16703

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 15954

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 16703

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 837

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 1050

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ 0

*(Exhibit E)*

B25C (Official Form 25C) (12/08) - Cont.                                                                                      3

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 4 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 4 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 16,000 | $ 15,954 | $ -46 |
| EXPENSES | $ 14,000 | $ 16,703 | $ -2703 |
| CASH PROFIT | $ 2,000 | $ -637 | $ -2637 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 22,000 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 16,000 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 6,000 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Feb 2018 Cash Flow - Last month
2/1/2018 through 2/28/2018

3/2/2018                                                                                                                           Page 1

| Category | 2/1/2018-2/28/2018 |
|---|---:|
| **INFLOWS** | |
| Business Income | 15,953.85 |
| **TOTAL INFLOWS** | **15,953.85** |
| **OUTFLOWS** | |
| Auto | |
|   Fuel | 27.00 |
|   TOTAL Auto | 27.00 |
| Business Expense | |
|   Advertising | 115.60 |
|   Credit Card Fees | 649.91 |
|   Equipment | 509.61 |
|   Insurance | 183.35 |
|   Loan Payment | 2,801.00 |
|   Payroll | 3,385.79 |
|   Rent | 3,000.00 |
|   Repairs | 1,766.70 |
|   Sales Tax | 426.63 |
|   Supplies | 2,782.66 |
|   Utilities | 1,081.46 |
|   TOTAL Business Expense | 16,702.71 |
| Misc | 61.28 |
| **TOTAL OUTFLOWS** | **16,790.99** |
| **OVERALL TOTAL** | **-837.14** |

## TLA Tanning Corp Feb 2018 Transactions - Last month
### 2/1/2018 through 2/28/2018

3/2/2018                                                                                                                                                        Page 1

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 2/1/2018 | TLA Tannin... | DEP | Deposit | Business Income | 146.00 |
| 2/1/2018 | TLA Tannin... | EFT | Payroll | Business Expense:Payroll | -171.02 |
| 2/1/2018 | TLA Tannin... | EFT | Payroll | Business Expense:Payroll | -669.99 |
| 2/1/2018 | TLA Tannin... | EFT | Paypal | Business Expense:Repairs | -15.99 |
| 2/1/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -11.45 |
| 2/1/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -45.75 |
| 2/2/2018 | TLA Tannin... | DEP | Deposit | Business Income | 6.60 |
| 2/2/2018 | TLA Tannin... | EFT | Onpay | Business Expense:Payroll | -39.95 |
| 2/2/2018 | TLA Tannin... | EFT | Global Finacial | Business Expense:Equipment | -114.00 |
| 2/3/2018 | TLA Tannin... | CkCrd | Simplisafe | Business Expense:Utilities | -24.99 |
| 2/3/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -15.99 |
| 2/5/2018 | TLA Tannin... | DEP | Deposit | Business Income | 1,380.06 |
| 2/5/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Supplies | -34.04 |
| 2/5/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Equipment | -17.97 |
| 2/5/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Equipment | -28.99 |
| 2/6/2018 | TLA Tannin... | DEP | Deposit | Business Income | 103.86 |
| 2/6/2018 | TLA Tannin... | DEP | Deposit | Business Income | 104.82 |
| 2/6/2018 | TLA Tannin... | DEP | Deposit | Business Income | 130.90 |
| 2/6/2018 | TLA Tannin... | EFT | Worldpay | Business Expense:Credit Card... | -49.78 |
| 2/6/2018 | TLA Tannin... | EFT | Worldpay | Business Expense:Credit Card... | -482.13 |
| 2/7/2018 | TLA Tannin... | DEP | Deposit | Business Income | 1,698.95 |
| 2/7/2018 | TLA Tannin... | EFT | Simplisafe | Business Expense:Utilities | -24.99 |
| 2/8/2018 | TLA Tannin... | DEP | Deposit | Business Income | 299.13 |
| 2/8/2018 | TLA Tannin... | EFT | Payroll | Business Expense:Payroll | -180.68 |
| 2/8/2018 | TLA Tannin... | EFT | Payroll | Business Expense:Payroll | -670.24 |
| 2/9/2018 | TLA Tannin... | EFT | City Of Loganville | Business Expense:Utilities | -123.00 |
| 2/9/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Supplies | -32.25 |
| 2/9/2018 | TLA Tannin... | EFT | Lending Tree | Business Expense:Loan Paym... | -20.00 |
| 2/9/2018 | TLA Tannin... | EFT | Ultraviolet Resources | Business Expense:Supplies | -491.47 |
| 2/9/2018 | TLA Tannin... | EFT | Global Finacial | Business Expense:Equipment | -114.00 |
| 2/9/2018 | TLA Tannin... | DEP | Deposit | Business Income | 775.27 |
| 2/11/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Utilities | -19.00 |
| 2/11/2018 | TLA Tannin... | EFT | Ebay | Business Expense:Repairs | -89.28 |
| 2/12/2018 | TLA Tannin... | DEP | Deposit | Business Income | 253.92 |
| 2/12/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -114.99 |
| 2/13/2018 | TLA Tannin... | DEP | Deposit | Business Income | 110.05 |
| 2/13/2018 | TLA Tannin... | DEP | Deposit | Business Income | 155.69 |
| 2/13/2018 | TLA Tannin... | DEP | Deposit | Business Income | 209.28 |
| 2/13/2018 | TLA Tannin... | EFT | AmTrust | Business Expense:Insurance | -45.00 |
| 2/13/2018 | TLA Tannin... | EFT | Georgia Power | Business Expense:Utilities | -184.25 |
| 2/13/2018 | TLA Tannin... | EFT | Georgia Power | Business Expense:Utilities | -602.25 |
| 2/13/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -7.14 |
| 2/13/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -19.99 |
| 2/14/2018 | TLA Tannin... | EFT | Skyline Seven | Business Expense:Rent | -3,000.00 |
| 2/14/2018 | TLA Tannin... | DEP | Deposit | Business Income | 1,514.64 |
| 2/15/2018 | TLA Tannin... | EFT | Ultraviolet Resources | Business Expense:Supplies | -326.02 |
| 2/15/2018 | TLA Tannin... | EFT | Payroll | Business Expense:Payroll | -174.35 |
| 2/15/2018 | TLA Tannin... | EFT | Payroll | Business Expense:Payroll | -643.93 |
| 2/15/2018 | TLA Tannin... | DEP | Deposit | Business Income | 215.95 |
| 2/15/2018 | TLA Tannin... | CkCrd | PAYPAL        INST... | Business Expense:Repairs | -38.00 |
| 2/16/2018 | TLA Tannin... | DEP | Deposit | Business Income | 315.17 |

## TLA Tanning Corp Feb 2018 Transactions - Last month
2/1/2018 through 2/28/2018

3/2/2018                                                                                                                                    Page 2

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 2/16/2018 | TLA Tannin... | EFT | Global Finacial | Business Expense:Equipment | -114.00 |
| 2/17/2018 | TLA Tannin... | CkCrd | Apple | Business Expense:Utilities | -2.99 |
| 2/19/2018 | TLA Tannin... | EFT | Universal Insurance | Business Expense:Insurance | -138.35 |
| 2/20/2018 | TLA Tannin... | CkCrd | Ultraviolet Resources | Business Expense:Supplies | -24.91 |
| 2/20/2018 | TLA Tannin... | CkCrd | Ultraviolet Resources | Business Expense:Supplies | -381.16 |
| 2/20/2018 | TLA Tannin... | DEP | Deposit | Business Income | 383.80 |
| 2/21/2018 | TLA Tannin... | EFT | Gary Harvin | Business Expense:Loan Paym... | -577.00 |
| 2/21/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -109.36 |
| 2/21/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -42.60 |
| 2/21/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -37.19 |
| 2/21/2018 | TLA Tannin... | DEP | Deposit | Business Income | 284.65 |
| 2/21/2018 | TLA Tannin... | DEP | Deposit | Business Income | 476.94 |
| 2/21/2018 | TLA Tannin... | DEP | Deposit | Business Income | 527.77 |
| 2/21/2018 | TLA Tannin... | DEP | Deposit | Business Income | 1,683.82 |
| 2/22/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -40.98 |
| 2/22/2018 | TLA Tannin... | EFT | Georga Dept Of Rev... | Business Expense:Sales Tax | -50.00 |
| 2/22/2018 | TLA Tannin... | EFT | Georga Dept Of Rev... | Business Expense:Sales Tax | -50.00 |
| 2/22/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -43.38 |
| 2/22/2018 | TLA Tannin... | DEP | Deposit | Business Income | 452.83 |
| 2/22/2018 | TLA Tannin... | EFT | Payroll | Business Expense:Payroll | -172.21 |
| 2/22/2018 | TLA Tannin... | EFT | Payroll | Business Expense:Payroll | -663.42 |
| 2/22/2018 | TLA Tannin... | EFT | Ultraviolet Resources | Business Expense:Supplies | -216.44 |
| 2/23/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Repairs | -16.93 |
| 2/23/2018 | TLA Tannin... | DEP | Deposit | Business Income | 680.00 |
| 2/23/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Supplies | -67.32 |
| 2/23/2018 | TLA Tannin... | EFT | Paypal | Business Expense:Repairs | -38.00 |
| 2/23/2018 | TLA Tannin... | DEP | Deposit | Business Income | 261.98 |
| 2/23/2018 | TLA Tannin... | EFT | Gwinnett county tax ... | Business Expense:Sales Tax | -7.31 |
| 2/23/2018 | TLA Tannin... | EFT | Gwinnett county tax ... | Business Expense:Sales Tax | -319.32 |
| 2/23/2018 | TLA Tannin... | CkCrd | American Aqua | Business Expense:Repairs | -1,558.50 |
| 2/25/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Repairs | -10.00 |
| 2/26/2018 | TLA Tannin... | EFT | Salon Touch | Business Expense:Utilities | -99.99 |
| 2/26/2018 | TLA Tannin... | CkCrd | Costco | Auto:Fuel | -27.00 |
| 2/26/2018 | TLA Tannin... | DEP | Deposit | Business Income | 489.76 |
| 2/26/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Equipment | 19.00 |
| 2/26/2018 | TLA Tannin... | EFT | Amazon | Business Expense:Equipment | -23.99 |
| 2/26/2018 | TLA Tannin... | EFT | Perk Panther | Business Expense:Advertising | -59.00 |
| 2/26/2018 | TLA Tannin... | 995123 | Ace Loans | Business Expense:Loan Paym... | -1,050.00 |
| 2/27/2018 | TLA Tannin... | CkCrd | UR World | Business Expense:Supplies | -610.88 |
| 2/27/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Supplies | -109.35 |
| 2/27/2018 | TLA Tannin... | DEP | Deposit | Business Income | 183.54 |
| 2/27/2018 | TLA Tannin... | DEP | Deposit | Business Income | 234.62 |
| 2/27/2018 | TLA Tannin... | DEP | Deposit | Business Income | 403.19 |
| 2/28/2018 | TLA Tannin... | EFT | Gary Harvin | Business Expense:Loan Paym... | -1,154.00 |
| 2/28/2018 | TLA Tannin... | CkCrd | Amazon | Business Expense:Equipment | -115.66 |
| 2/28/2018 | TLA Tannin... | CkCrd | Facebook | Business Expense:Advertising | -37.13 |
| 2/28/2018 | TLA Tannin... | CkCrd | Facebook | Business Expense:Advertising | -19.47 |
| 2/28/2018 | TLA Tannin... | DEP | Deposit | Business Income | 2,470.66 |
| 2/28/2018 | TLA Tannin... | SC | Bank Charge | Business Expense:Credit Card... | -108.00 |
| 2/28/2018 | TLA Tannin... | SC | Excessive WITHDR... | Business Expense:Credit Card... | -10.00 |

**2/1/2018 - 2/28/2018**                                                                                                              **-775.86**

## TLA Tanning Corp Feb 2018 Transactions - Last month

2/1/2018 through 2/28/2018

3/2/2018 — Page 3

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| | | | | **TOTAL INFLOWS** | 15,972.85 |
| | | | | **TOTAL OUTFLOWS** | -16,748.71 |
| | | | | **NET TOTAL** | -775.86 |

## TLA Tanning Corp Feb 2018 P&L - Last month
2/1/2018 through 2/28/2018

3/2/2018                                                                                                                    Page 1

| Category | 2/1/2018-2/28/2018 |
|---|---:|
| Business Income | -15,953.85 |
| Auto | **27.00** |
|   Fuel | 27.00 |
| Business Expense | **16,702.71** |
|   Advertising | 115.60 |
|   Credit Card Fees | 649.91 |
|   Equipment | 509.61 |
|   Insurance | 183.35 |
|   Loan Payment | 2,801.00 |
|   Payroll | 3,385.79 |
|   Rent | 3,000.00 |
|   Repairs | 1,766.70 |
|   Sales Tax | 426.63 |
|   Supplies | 2,782.66 |
|   Utilities | 1,081.46 |
| Misc | 61.28 |
| **OVERALL TOTAL** | **837.14** |

**REGIONS**   **Regions Bank**
Cumming Main
515 Atlanta Road
Cumming, GA 30040

TLA TANNING CORP
TODD B AMERMAN
DEPTOR IN POSSESSION
5652 LEAF RIDGE LN
BUFORD GA 30518-4434

ACCOUNT #           3425

|  |  |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
February 1, 2018 through February 28, 2018

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $1,415.35 | | Minimum Balance | $981- |
| Deposits & Credits | $15,972.85 | + | Average Balance | $1,982 |
| Withdrawals | $10,730.12 | - | | |
| Fees | $118.00 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $5,781.00 | - | | |
| **Ending Balance** | **$759.08** | | | |

### DEPOSITS & CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 02/01 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 130036 | 146.00 |
| 02/02 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 131036 | 6.60 |
| 02/05 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 201036 | 1,380.06 |
| 02/06 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 202036 | 103.86 |
| 02/06 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 203036 | 104.82 |
| 02/06 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 204036 | 130.90 |
| 02/07 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 205036 | 1,698.95 |
| 02/08 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 206036 | 299.13 |
| 02/09 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 207036 | 775.27 |
| 02/12 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 208036 | 253.92 |
| 02/13 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 211036 | 110.05 |
| 02/13 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 209036 | 155.69 |
| 02/13 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 210036 | 209.28 |
| 02/14 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 212036 | 1,514.64 |
| 02/15 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 213036 | 215.95 |
| 02/16 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 214036 | 315.17 |
| 02/20 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 215036 | 383.80 |
| 02/21 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 216036 | 284.65 |
| 02/21 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 217036 | 476.94 |
| 02/21 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 218036 | 527.77 |
| 02/21 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 219036 | 1,683.82 |
| 02/22 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 220036 | 452.83 |
| 02/23 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 221036 | 261.98 |
| 02/23 | Deposit - Thank You | | 680.00 |
| 02/26 | Card Credit Amazon Mktplace 5942 Www.Amazon.CO WA 98109 | 5099 | 19.00 |
| 02/26 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 222036 | 489.76 |
| 02/27 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 225036 | 183.54 |
| 02/27 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 224036 | 234.62 |
| 02/27 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 223036 | 403.19 |
| 02/28 | Worldpay | Bnkcrd Dep Outback Tannin Lk672493 226036 | 2,470.66 |

Total Deposits & Credits       $15,972.85

**Regions Bank**
Cumming Main
515 Atlanta Road
Cumming, GA 30040

TLA TANNING CORP
TODD B AMERMAN
DEPTOR IN POSSESSION
5652 LEAF RIDGE LN
BUFORD GA 30518-4434

ACCOUNT #    ████████3425

| | |
|---|---:|
| Cycle | 060 |
| Enclosures | 26 |
| Page | 0 |
| | 2 of 4 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---:|
| 02/01 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 45.75 |
| 02/01 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 11.45 |
| 02/01 | Paypal    Inst Xfer Todd Amerman  Facebook | 4.64 |
| 02/01 | Paypal    Inst Xfer Todd Amerman  Virtualvoca | 15.99 |
| 02/01 | Payroll Center  Payrollts Tla Tanning Co 11706 | 171.02 |
| 02/01 | Payroll Center  Payrolldds Tla Tanning Co 11706 | 669.99 |
| 02/02 | Onpay Inc    Payrollfee Tla Tanning Co 11706 | 39.95 |
| 02/02 | Global Finacial  Receivable Outback Tannin | 114.00 |
| 02/05 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 17.97 |
| 02/05 | Card Purchase Plexus Worldwid 5499 480-9983490  AZ 85260    5099 | 34.04 |
| 02/05 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 15.99 |
| 02/05 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 28.99 |
| 02/06 | Worldpay    Mthly Chgs Outback Tannin 03495779 020218 | 49.78 |
| 02/06 | Worldpay    Mthly Chgs Outback Tannin Lk672493 020218 | 482.13 |
| 02/07 | Card Purchase Simplisafe.Com  7393 888-957-4675  MA 02108    5099 | 24.99 |
| 02/08 | Payroll Center  Payrollts Tla Tanning Co 11706 | 180.68 |
| 02/08 | Payroll Center  Payrolldds Tla Tanning Co 11706 | 670.24 |
| 02/09 | Global Finacial  Receivable Outback Tannin | 114.00 |
| 02/09 | Loganville Util  Online Pmt Tla Tanning CO Ckf228934819POS | 123.00 |
| 02/12 | Card Purchase Private Payment 8931 800-2753262  CA 92128    5099 | 20.00 |
| 02/12 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 32.25 |
| 02/12 | Card Purchase Amazon.com     5942 Amzn.Com/Bill WA 98109    5099 | 114.99 |
| 02/12 | Card Purchase Amazon Mktplace 5942 Www.Amazon.CO WA 98109    5099 | 19.00 |
| 02/12 | Paypal    Inst Xfer Todd Amerman  Aquarium Pl | 89.28 |
| 02/12 | Paypal    Inst Xfer Todd Amerman  Ultraviolet | 491.47 |
| 02/13 | Card Purchase Amazon.com     5942 Amzn.Com/Bill WA 98109    5099 | 7.14 |
| 02/13 | Card Purchase Amazon.com     5942 Amzn.Com/Bill WA 98109    5099 | 19.99 |
| 02/14 | Card Purchase Fsi*georgia Pow 4900 866-702-1864  GA 30092    5099 | 602.25 |
| 02/14 | Card Purchase Fsi*georgia Pow 4900 866-702-1864  GA 30092    5099 | 184.25 |
| 02/15 | Card Purchase Amtrust North A 6300 877-5287878  OH 44114    5099 | 45.00 |
| 02/15 | Paypal    Inst Xfer Todd Amerman  Imgonfishin | 38.00 |
| 02/15 | Payroll Center  Payrollts Tla Tanning Co 11706 | 174.35 |
| 02/15 | Payroll Center  Payrolldds Tla Tanning Co 11706 | 643.93 |
| 02/16 | Global Finacial  Receivable Outback Tannin | 114.00 |
| 02/16 | Paypal    Inst Xfer Todd Amerman  Ultraviolet | 326.02 |
| 02/20 | Card Purchase Apl* Itunes.Com 5735 866-712-7753  CA 95014    5099 | 2.99 |
| 02/21 | Card Purchase Ultraviolet Res 5085 216-898-7777  OH 44145    5099 | 381.16 |
| 02/21 | Card Purchase Ultraviolet Res 5085 216-898-7777  OH 44145    5099 | 24.91 |
| 02/21 | Biltmore Financi Cash Conc Todd Amerman | 138.35 |
| 02/22 | Payroll Center  Payrollts Tla Tanning Co 11706 | 172.21 |
| 02/22 | Payroll Center  Payrolldds Tla Tanning Co 11706 | 663.42 |
| 02/23 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 42.60 |
| 02/23 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 37.19 |
| 02/23 | Card Purchase Amazon.com     5942 Amzn.Com/Bill WA 98109    5099 | 109.36 |
| 02/23 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109    5099 | 43.38 |
| 02/23 | Card Purchase GA Secretary of 9399 404-652-2887  GA 30334    5099 | 50.00 |
| 02/23 | Card Purchase GA Secretary of 9399 404-652-2887  GA 30334    5099 | 50.00 |
| 02/23 | Card Purchase Gwinnett County 9311 615-730-6367  TN 37125    5099 | 7.31 |
| 02/23 | Card Purchase Gwinnett County 9311 615-730-6367  TN 37215    5099 | 319.32 |
| 02/23 | Card Purchase Americanqua    7399 321-636-3434  FL 32922    5099 | 1,558.50 |

**Regions Bank**
Cumming Main
515 Atlanta Road
Cumming, GA 30040

```
TLA TANNING CORP
TODD B AMERMAN
DEPTOR IN POSSESSION
5652 LEAF RIDGE LN
BUFORD GA 30518-4434
```

ACCOUNT #       ████████3425

|  | |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 02/23 | Paypal      Inst Xfer Todd Amerman   Imgonfishin | 38.00 |
| 02/23 | Paypal      Inst Xfer Todd Amerman   Ultraviolet | 216.44 |
| 02/26 | Card Purchase Perk Panther    5968 586-991-1818  MI 48317   5099 | 59.00 |
| 02/26 | Card Purchase Amazon.com      5942 Amzn.Com/Bill WA 98109   5099 | 16.93 |
| 02/26 | Card Purchase Amazon Mktplace  5942 Amzn.Com/Bill WA 98109   5099 | 67.32 |
| 02/26 | Card Purchase Amazon.com      5942 Amzn.Com/Bill WA 98109   5099 | 23.99 |
| 02/26 | Card Purchase Amazon.Com Amzn 5942 Amzn.Com/Bill WA 98109   5099 | 10.00 |
| 02/26 | Global Finacial  Receivable Outback Tannin | 114.00 |
| 02/27 | Card Purchase Costco Gas #018  5542 Duluth     GA 30096   5099 | 27.00 |
| 02/27 | Recurring Card Transaction Salontouch/Sunt  7399 770-650-6683  GA 30005   5099 | 99.99 |
| 02/28 | Card Purchase Amazon Mktplace  5942 Amzn.Com/Bill WA 98109   5099 | 109.35 |
| 02/28 | Paypal      Inst Xfer Todd Amerman   Ultraviolet | 610.88 |
|  | **Total Withdrawals** | **$10,730.12** |

## FEES

| Date | Description | Amount |
|---|---|---|
| 02/27 | Paid Overdraft Item Fee | 108.00 |
| 02/28 | Excessive Withdrawal\Item Fee | 10.00 |
|  | **Total Fees** | **$118.00** |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 02/20 | 995119 | 3,000.00 | 02/27 | 995122 | 1,154.00 |
| 02/27 | 995121 * | 577.00 | 02/26 | 995123 | 1,050.00 |
|  |  |  |  | **Total Checks** | **$5,781.00** |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 642.51 | 02/12 | 2,733.27 | 02/22 | 2,525.89 |
| 02/02 | 495.16 | 02/13 | 3,181.16 | 02/23 | 995.77 |
| 02/05 | 1,778.23 | 02/14 | 3,909.30 | 02/26 | 163.29 |
| 02/06 | 1,585.90 | 02/15 | 3,223.97 | 02/27 | 981.35 - |
| 02/07 | 3,259.86 | 02/16 | 3,099.12 | 02/28 | 759.08 |
| 02/08 | 2,708.07 | 02/20 | 479.93 |  |  |
| 02/09 | 3,246.34 | 02/21 | 2,908.69 |  |  |

**Regions Bank**
Cumming Main
515 Atlanta Road
Cumming, GA 30040

TLA TANNING CORP
TODD B AMERMAN
DEPTOR IN POSSESSION
5652 LEAF RIDGE LN
BUFORD GA 30518-4434

| | | |
|---|---|---|
| ACCOUNT # | | 3425 |
| | | 060 |
| | Cycle | 26 |
| | Enclosures | 0 |
| | Page | 4 of 4 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**You may save a considerable amount of money by
refinancing your mortgage. If you haven't checked it out,
call your PFS officer for Regions' low rates today!**

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791).**



Thank You For Banking With Regions!
2017 Regions Bank Member FDIC. All loans subject to credit approval.

EQUAL HOUSING LENDER