**IT IS ORDERED as set forth below:**



**Date: April 18, 2018**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TLA TANNING CORP. | : | |
| | : | CASE NO. 16-64819 -SMS |
| Debtor | : | |

ORDER GRANTING APPLICATION REQUESTING CONDITIONAL APPROVAL OF
DISCLOSURE STATEMENT AND NOTICE OF ASSIGNMENT OF HEARING
REGARDING DISCLOSURE STATEMENT, AND PLAN OF REORGANIZATION

Debtor filed its Application for Order Granting Conditional Approval of Disclosure Statement and Notice of Assignment of Hearing (the "Motion") (Doc. No. 94) on April 16, 2018. requesting (1) Conditionally Approving Amended Disclosure Statement (Doc. No. 93) and (2) Scheduling Hearing To Consider Final Approval Thereof, Plan Confirmation Hearing (3) Approving the Form and Content of Ballot, (4) Establishing Deadline for Filing Objections to the

Disclosure Statement and Plan of Reorganization, (5) Establishing Deadline for Casting Ballots to Accept or Reject Plan of Reorganization, were filed by Debtor on June 1, 2018 (Doc. 47) . The Plan and the Disclosure Statement are available for review in the office of the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 between 8:00 a.m. and 4:00 p.m. or online at http://ecf/ganb/uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users.). Alternatively, creditors may request a copy of the Plan and Disclosure statement by contacting Debtor's attorney:

> Howard P. Slomka, Esq.
> Attorney for Debtor
> Slipakoff and Slomka P.C
> 2859 Paces Ferry Road, Suite 1700
> Atlanta, GA 30339
> hs@myatllaw.com
> (404) 800-4017

Accordingly, it is hereby

**ORDERED and NOTICE IS HEREBY GIVEN** that:

A. The Disclosure Statement filed by Debtor is conditionally approved.

B. June 1, 2018, is fixed as the last day for filing, on the ballot form attached to the Application, written acceptances or rejections of Debtor's Plan. All ballots must be filed with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and a copy mailed to Debtor's attorney.

C. May 25, 2018, is fixed as the last day for filing and serving written objections to the Disclosure Statement or to confirmation of the Plan. Any such written objection to the Disclosure Statement or to confirmation of Debtor's Plan must be filed with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and a copy mailed to

Debtor's attorney, Howard P. Slomka, Esq. 1069 Spring Street, NW, 2nd Floor Atlanta, GA 30309.

D. A hearing will be held in in the United States Bankruptcy Court, Courtroom 1201, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 on **June 20, 2018 at 11:00 a.m.** (1) to consider any objections to the Disclosure Statement, and (2) to consider confirmation of the Plan.

At least three days prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of the Voting on the Plan of Reorganization indicating that all ballots cast have been tabulated and the resulting vote for each class designated in the Plan.

*** END OF ORDER ***

Prepared and presented by:
_____/s/_____
Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@myatllaw.com
(404) 800-4017

**Distribution List**

Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor in Posession
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@myatllaw.com
(404) 800-4017

**END OF DOCUMENT**