**IT IS ORDERED as set forth below:**

**Date: February 25, 2019**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16 - 64819 - SMS |
| | : | |
| TLA TANNING CORP., | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## CONSENT ORDER DISMISSING CASE

On December 19, 2018, the Court conducted a status conference regarding the lack of progress towards confirmation of the plan of reorganization filed by TLA Tanning Corp. (the "Debtor").  Present at the status conference were David S. Weidenbaum, counsel for the United States Trustee; Howard P. Slomka, counsel for Debtor; and Thomas E. Austin, Jr., counsel for Access to Capital for Entrepreneurs, Inc., a creditor in the case.  At the status conference the parties informed the Court that Debtor remained delinquent in the payment of post-petition rent and United States Trustee quarterly fees. The parties agreed that Debtor would become current on the payment of post-petition rent

and United States Trustee quarterly fees by the close of business on Friday, February 15, 2019, or would consent to the conversion or dismissal of the case.  The Court, upon hearing the presentation of the parties, considered the proposed resolution to be justified and reasonable.

On February 15, 2019, Debtor acknowledged that it had failed to maintain a current status on its post-petition rent or United States Trustee quarterly fees. Accordingly, by agreement and pursuant to the understanding of the parties, it is

**ORDERED** that the chapter 11 case of TLA Tanning Corp. is hereby **DISMISSED**.

| Order prepared by: | Consented to: |
|---|---|
| DANIEL M. MCDERMOTT<br>UNITED STATES TRUSTEE<br>REGION 21<br><br> */s   David S. Weidenbaum*<br>DAVID S. WEIDENBAUM<br>Georgia Bar No. 745892<br>Trial Attorney<br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>404.331.4437<br>david.s.weidenbaum@usdoj.gov | SLIPAKOFF AND SLOMKA, PC<br><br> */s   Howard P. Slomka\**<br>HOWARD P. SLOMKA<br>Georgia Bar No. 652875<br>Attorney for Debtor<br>Overlook III Building<br>2859 Paces Ferry Rd., SE<br>Suite #1700<br>Atlanta, GA 30339<br>404.800.4001<br>hs@atl.law<br><br>* *signed with permission by David S. Weidenbaum* |

Pursuant to Local Rule 9013-3(d)(2) for the United States Bankruptcy Court, Northern District of Georgia, the Clerk of Court is hereby requested to serve a copy of this order on all creditors and parties-in-interest in the case.